*Formatted for Electronic Distribution*                                                        *Not for Publication*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

Filed & Entered
On Docket
December 03, 2007

_____

**In re:**

    **ROME FAMILY CORPORATION,**                     Chapter 7 Case
                  **Debtor.**                                     # 02-11771

_____

**NANAK HOSPITALITY, LLC,**
                   **Plaintiff,**

    v.                                                                  **Adversary Proceeding**

**HASKINS GAS SERVICE, INC.,**                         # 07-1010
                  **Defendant.**

_____

*Appearances:*    *James B. Anderson, Esq.*          *Richard A. Lang, Jr., Esq.*
                       *Ryan, Smith & Carbine, Ltd.*     *Bauer, Gravel, Farnham, Nuovo,*
                       *Rutland, Vt.*                                *Parker & Lang*
                       *For the Plaintiff*                        *Burlington, Vt.*
                                                               *For the Defendant*

## ORDER
### DENYING BOTH PARTIES' CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS, AND THE DEFENDANT'S MOTIONS FOR RELIEF PURSUANT TO RULE 12(B)(1) AND RULE 60(B)(6) AND AMENDING SCHEDULING ORDER

For the reasons set forth in the Memorandum of Decision of even date, IT IS HEREBY ORDERED that:

1. the Plaintiff's Fed. R. Civ. P. Motion for Judgment on the Pleadings (doc. # 15), as incorporated by Bankruptcy Rule 7012(c), is denied;

2. the Defendant's Cross-Motion for Judgment on the Pleadings (doc. ## 29, 30) is denied;

3. the Defendant's Motion for Relief pursuant to Fed. R. Civ. P. 12(b)(1) (doc. ## 29, 30), as incorporated by Bankruptcy Rule 7012, is denied;

4. the Defendant's Motion for Relief pursuant to Fed. R. Civ. P. 60(b)(6) (doc. ## 29, 30), as incorporated by Bankruptcy Rule 9024, is denied; and

5. the scheduling order entered on September 21, 2007 (doc. # 23) is amended to direct that
    (a) the parties shall complete discovery by **February 15, 2008**;
    (b) the parties shall file a joint stipulation of facts and final pre-trial statement by **March 11, 2008**;
    (c) the parties shall file final witness and expert disclosures by **March 21, 2008**; and
    (d) the parties shall appear at a final pre-trial conference, either in person in Rutland or by videoconference, on **March 25, 2008 at 11:00 a.m**.

**SO ORDERED.**

                                                            */s/ Colleen A. Brown*

December 3, 2007                                           Colleen A. Brown
Rutland, Vermont                                        United States Bankruptcy Judge