*Formatted for Electronic Distribution* *Not for Publication*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF VERMONT

_____

**In re:**

    **Rome Family Corporation,**                      Chapter 7 Case
              **Debtor.**                                    # 02-11771

_____

**Nanak Resorts, Inc.,**
              **Plaintiff,**
       v.                                        Adversary Proceeding
**Haskins Gas Service, Inc.,**                   # 07-1010
              **Defendant.**

_____

| *Appearances:* | James B. Anderson, Esq. | Richard A. Lang, Jr., Esq. |
|---|---|---|
| | Ryan, Smith & Carbine, Ltd. | Bauer, Gravel, et al |
| | Rutland, Vermont | Burlington, Vermont |
| | *For the Plaintiff* | *For the Defendant* |

### ORDER
### DENYING DEFENDANT'S MOTION TO RECONSIDER AND
### DENYING DEFENDANT'S MOTION TO VACATE SALE ORDER UNDER RULE 60(B)

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Defendant's motion to reconsider (doc. # 110), the Defendant's supplement to the motion to reconsider (doc. # 111), and the Defendant's motion to vacate the sale order under Rule 60(b) (doc. # 113), are all DENIED.

      IT IS FURTHER ORDERED that the Defendant's request for attorney's fees and expenses under § 503(b) is also DENIED.

      SO ORDERED.

March 31, 2010                                                           Colleen A. Brown
Burlington, Vermont                                     United States Bankruptcy Judge

Filed & Entered
On Docket
March 31, 2010